# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH LEVIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK, National Association; and DOES 1 through 50 inclusive,<br><br>　　　　Defendants. | Case No. 8:17-cv-00424 JLS (JCGx)<br>Hon. Josephine L. Staton<br>Ctrm. 10A<br><br>**PROTECTIVE ORDER**<br><br>Action Filed:　June 24, 2016<br>Removal Date: March 10, 2017<br>Trial Date:　　July 13, 2018 |

07685.1812/10910159.1

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: September 25, 2017

_____
JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE